# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00629-CV

### In re Ronald Earle, Travis County District Attorney

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

On October 24, 2006, we issued a temporary order staying the trial court's October 20 order requiring Relator to provide certain documents to representatives of the Houston Chronicle and Mike Hedges pending this Court's receipt and consideration of a response by the real parties in interest. *See* Tex. Gov't Code Ann. §§ 552.001-.353 (West 2004 & Supp. 2006). After reviewing the petition and the response, we lift our previous stay and deny the petition for writ of mandamus as to both parties. *See* Tex. R. App. P. 52.8.

It is so ordered October 25, 2006.

David Puryear, Justice

Before Justices B.A. Smith, Puryear and Waldrop

Filed:   October 25, 2006

Do Not Publish